| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Davidson, Glen H | 2. Court or Organization U. S. District Court | 3. Date of Report 4/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief U.S. Dist. Judge, Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Post Office Drawer 767 Aberdeen, Mississippi 39730-0767 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Board | Yocona Council of the Boy Scouts of America |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merchants and Farmers Bank | Mortgage on Parcel No. 3 Paid in full | NA |
| 2. | Bancorp South | Parcel No. 4, Timberland, ███████ | L |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Davidson, Glen H | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    Bancorp South, Savings Account, ▮▮▮ | B | Interest | F | T | | | | | |
| 2.    Bancorp South, Common Stock, ▮▮▮ | E | Dividend | P1 | T | | | | | |
| 3.    Bancorp South, (IRA) ▮▮▮ | D | Dividend | L | T | | | | | |
| 4.    -Gov. Oblig. Fund #05(P) (Cash Equivalent) | B | Interest | K | T | | | | | |
| 5.    -Montag & Caldwell Growth Fund | A | Dividend | L | T | | | | | |
| 6.    -Fidelity Contrafund #22 | A | Dividend | J | T | | | | | |
| 7.    -Fidelity Magellan #21 | A | Dividend | J | T | | | | | |
| 8.    -Vanguard Indexed Growth (09) | A | Dividend | K | T | | | | | |
| 9.    Parcel No. 1 ▮▮▮ | E | Rent | M | R | | | | , | |
| 10.   Parcel No. 1, ▮▮▮ | D | Rent | K | R | | | | | |
| 11.   Parcel No. 2, ▮▮▮ | D | Rent | K | R | | | | | |
| 12.   Parcel No. 2, ▮▮▮ | D | Rent | K | R | | | | | |
| 13.   State of Mississippi Retirement Account | B | Benefit | J | T | | | | | |
| 14.   Cabin, ▮▮▮ | A | None | K | R | | | | | |
| 15.   Bancorp South, Stock | B | Dividend | K | T | | | | | |
| 16.   Farm, ▮▮▮ | E | Timber Sale | M | Q | | | | | |
| 17.   USAA Mutual Funds | A | Dividend | K | T | | | | | |
| 18.   Parcel No. 3, ▮▮▮ | D | Rent | L | R | | | | | |

1. Income/Gain Codes:       A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000     G  = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:              J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000    O  = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes        Q  = Appraisal            R  = Cost (Real Estate Only)   S  = Assessment       T  = Cash/Market
   (See Column C2)           U  = Book Value           V  = Other                W  = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Davidson, Glen H | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. USAA Federal Savings Bank (Savings Account) | A | Interest | J | T | | | | | |
| 20. Parcel No. 4, Timber Land ▇▇▇▇ | A | None | L | R | Buy | 9/5 | L | A | Airline Mfg. Co. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Section 7: Investments and Trusts, continued ...

*Line 9, apartments purchased 3/10/77 (purchase price ▮▮▮

*Line 10, duplex purchased 4/13/75- purchase price ▮▮▮

*Line 11, duplex purchased 4/13/74-purchase price ▮▮▮

*Line 12, duplex purchased 1/22/80-purchase price ▮▮▮

*Line 14, purchased one-half interest in cabin, ▮▮▮
      on March 11, 1986.  Purchase price, ▮▮▮ Purchased remaining 1/2 interest on
      2/10/1999.  Purchase price ▮▮▮

*Line 16, 2/3 interest purchased 9/1/88, value based on appraisal 9/1/88

*Line 18, Parcel No. 3, ▮▮▮ purchased 11/23/98.  Purchase price ▮▮▮

*Line 20, Parcel No. 4, ▮▮▮ purchased 9/5/03 ▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____          Date _April 14, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544